**Petition for Writ of Mandamus Dismissed as Moot and Memorandum Opinion filed March 11, 2014.**



In The

# Fourteenth Court of Appeals

---

### NO. 14-13-01134-CV

---

### IN RE MARYBELL LEON, Relator

---

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**309th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2010-35140**

---

## MEMORANDUM OPINION

On December 20, 2013, relator Marybell Leon filed a petition for writ of mandamus in this Court. *See* Tex. Gov't Code § 22.221; *see also* Tex. R. App. P. 52. In the petition, relator asks this Court to compel the Honorable Sheri Y. Dean, presiding judge of the 309th District Court of Harris County, to vacate her temporary orders signed November 25, 2013, appointing real party in interest

Jaime Cesar Aceves as temporary sole managing conservator of the minor children V.M.A. and D.MA.

On January 15, 2014, the trial court signed superseding temporary orders in which it explicitly vacated its temporary orders of November 25, 2013. The present petition for writ of mandamus has been rendered moot by the January 15, 2014 orders. *See In re Dow Hamm III Corp.*, No 01-08-00235-CV, 2009 WL 2232009, *1–2 (Tex. App.—Houston [1st Dist.] July 23, 2009, orig. proceeding) (mem. op. per curiam); *In re Office of the Attorney Gen.*, 276 S.W.3d 611, 617 (Tex. App.— Houston [1st Dist.] 2008, orig. proceeding); *see also Dow Chem. Co. v. Garcia*, 909 S.W.2d 503, 505 (Tex. 1995) (orig. proceeding). If any party intends to seek mandamus relief from the superseding orders issued by the trial court in the underlying matter, a new petition for writ of mandamus is required.

Accordingly, the petition for writ of mandamus is dismissed as moot.

PER CURIAM

Panel Consists of Chief Justice Frost and Justices Jamison and Wise.